UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENIS MITTAKARIN, | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 11-0017(EGS) |
| v. | ) ) |
| INFOTRAN SYSTEMS, INC., *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion issued this same day, it is hereby

**ORDERED** that plaintiff's motion to voluntarily dismiss all claims against defendants InfoTran Systems, Inc. and Tien H. Tran pursuant to Federal Rule of Civil Procedure 41(a)(2) is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's claims are **DISMISSED without prejudice**.  This is a final, appealable Order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**SIGNED:   Emmet G. Sullivan**
**United States District Court Judge**
**January 17, 2012**